1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DANIEL FARRIS, an individual, ) | **Case No.** EDCV 13-00485-VAP (SPx) |
| Plaintiff, ) ) | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| v. ) ) | |
| INTERNATIONAL PAPER INC., ) and DOES 1 through 100, ) ) | |
| Defendant. ) ) | |

## ORDER

Having considered the parties' Stipulated Protective Order, the Court issues the following order**:**

    1.    It is hereby ORDERED that this Protective Order is entered in this case in accordance with the Stipulation of the parties.

Dated: <u>June 25, 2014</u>

                                              /s/
                                     Magistrate Judge Sheri Pym
                                     United States District Court
                                     Central District of California