UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 5:13-cv-00485-CAS(SPx) | Date | September 4, 2014 |
|---|---|---|---|
| Title | FARRIS V. INTERNATIONAL PAPER INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**  **(IN CHAMBERS):** THIRD PARTY DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING DISCOVERY CUTOFF AND REQUIRING DEFENDANT TO RESPOND TO PREVIOUSLY SERVED DISCOVERY AND PRODUCE DEPONENTS (Filed 08/27/14)[Docket #86]

On August 27, 2014, third party defendant Yeghia Bekiarian ("Bekiarian") filed an *ex parte* application for an order continuing the discovery cutoff in this action, and for an order requiring defendant International Paper ("IP") to respond to previously served discovery and to produce deponents. Dkt. #86. On August 29, 2014, IP filed an opposition to the *ex parte* application. Dkt. #87. On September 3, 2014, plaintiff Daniel Farris ("Farris") filed a response. Dkt. #89.[1]

Prior to filing this *ex parte* application, Bekiarian served the following discovery requests on IP. On July 24, 2014, Bekiarian served a first set of requests for production of documents. On July 25, 2014, Bekiarian served a first set of special interrogatories and requests for admission. Although the discovery requests were served before the discovery cutoff, IP has declined to respond because the requested response dates fall after the discovery cutoff. Additionally, on July 27, 2014, Bekiarian noticed depositions of Derrick Bates ("Bates") and IP's Rule 30(b)(6) designee for August 27, 2014, but noticed the depositions only in the matter of <u>Andresen v. International Paper Co.</u>, No. cv-

---

[1] Farris requested severance of his case from the case against Bekiarian in the event that the Court decided to continue the trial. In light of the Court's decision not to continue the trial date at this time, this request is moot.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | 'O' |
|---|---|---|---|
| Case No. | 5:13-cv-00485-CAS(SPx) | Date | September 4, 2014 |
| Title | FARRIS V. INTERNATIONAL PAPER INC., ET AL. | | |

12-2079 CAS (AJWx).² Although Bekiarian states that he intended to use those depositions for all purposes in both the Andresen and Farris matters, IP has indicated that it will oppose any attempt by Bekiarian to use testimony taken in the Andresen matter for any purpose in the Farris matter. Bekiarian subsequently noticed the same depositions in the Farris matter, but did so on August 20, 2014, almost three weeks after the discovery cutoff. Those depositions are currently scheduled in the Andresen matter for September 19, 2014.

Bekiarian requests the following relief: (1) a continuance of the discovery cutoff, now set at July 31, 2014, to permit (a) depositions of Bates and IP's Rule 30(b)(6) designee and (b) responses to written discovery Bekiarian served on IP; (2) an order that the aforementioned depositions be taken with regard to the Farris matter as well as the Andresen matter; and (3) an order that IP respond to the already served written discovery within two weeks. IP argues that the Court should deny the *ex parte* application in its entirety or, in the event that the Court grants the *ex parte* application, continue the Farris trial by 90 days from the new discovery cutoff and continue the Andreson trial for at least two months thereafter. IP also requests that any discovery permitted by Bekiarian be limited to the discovery already served or noticed.

After considering the parties' arguments, the Court GRANTS in part and DENIES in part the *ex parte* application as follows. The Court enlarges the discovery cutoff to permit Bekiarian to take the Bates and 30(b)(6) designee depositions in the Farris matter in conjunction with the depositions previously scheduled in the Andresen matter on **September 19, 2014.** The Court also enlarges the discovery cutoff with respect to the requests for production of documents only, which are to be responded to no later than **September 15, 2014**. The *ex parte* application is otherwise DENIED. IP's request for a continuance of the trial date is DENIED without prejudice to its being renewed at a later date.

IT IS SO ORDERED.

| | | 00 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | | CMJ | |

---

²Bekiarian is a plaintiff in that case, which also involves allegations that IP failed to pay vested vacation wages upon termination, among other claims.