UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV13-485-CAS(SPx); Related to CV13-2079-CAS(AJWx) | Date | October 1, 2014 |
|---|---|---|---|
| Title | *DANIEL FARRIS v. INTERNATIONAL PAPER COMPANY; ET AL.; Related to JARED ANDRESEN; ET AL. v. INTERNATIONAL PAPER COMPANY; ET AL.* | | |

Present: The Honorable    **CHRISTINA A. SNYDER, JUDGE**

| Catherine M. Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jared Beilke<br>Paul Traina<br>Douglas Silverstein | Amy Gillinger<br>Marcus Torrano |

**Proceedings:**    STATUS CONFERENCE RE: RELATED ACTIONS

DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE MOTION CUT-OFF DATE AND TRIAL DATE (Filed 09/22/14 in CV13-2079-CAS(AJWx))[90]

Hearing held and counsel are present. The Court confers with counsel, as stated in Court and on the record. The Court consolidates the above-referenced actions. The Court bifurcates the trial in the consolidated actions. Phase I of the consolidated trial will commence on **December 2, 2014** at **9:30 A.M.** Phase II of the trial will trail phase I, utilizing the same jury.

The Court sets a Status Conference on **October 21, 2014** at **10:00 A.M.** The Court continues plaintiffs' Motion for Reconsideration of the Court's Granting IP's 12(B)(6) Motion filed in CV13-2079-CAS(AJWx)[80] from October 20, 2014 to **October 21, 2014** at **10:00 A.M.**, to be heard simultaneously with the Status Conference.

Defendant's *Ex Parte* Application filed in CV13-2079-CAS(AJWx)[90] is granted in part and denied in part. All pretrial dates are hereby extended for thirty (30) days, subject to revision at the October 21, 2014 Status Conference. Counsel are ordered to meet and confer regarding agreeable new pretrial dates and deadlines.

|  | 00 | : | 35 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |