UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 5:13-EDCV-485-CAS(SPx)<br>2:13-CV-2079-CAS(AJWx) | Date | November 26, 2014 |
|---|---|---|---|
| Title | DANIEL FARRIS v. INTERNATIONAL PAPER INC., ET AL.<br>JARED ANDRESEN v. INTERNATIONAL PAPER INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS): PLAINTIFF FARRIS'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE OR LIMIT TESTIMONY OF ROBERT CRANDALL (Farris ECF No. 191, filed November 3, 2014)

PLAINTIFFS ANDRESEN, BEKIARIAN, AND DUFFY'S MOTION *IN LIMINE* NO. 8 TO EXCLUDE EXPERT WITNESS LLOYD AUBRY, JR. (Andresen ECF No. 155, filed Nov. 12, 2014)

DEFENDANT'S MOTION *IN LIMINE* NO. 6 TO EXCLUDE EXPERT REBUTTAL WITNESS MILES E. LOCKER (Farris ECF No. 196, filed November 3, 2014)

DEFENDANT'S MOTION *IN LIMINE* NO. 13 TO EXCLUDE EXPERT REBUTTAL WITNESS DANIEL M. CORNET (Andresen ECF No. 152, filed November 11, 2014)

In its order dated November 17, 2014, the Court issued rulings on numerous motions *in limine* filed by the parties. That order reserved judgment on the four motions seeking to exclude or limit the testimony of proffered expert witnesses, and requested brief summaries of the testimony each party expected their experts to offer. Having considered all of the parties' submissions and arguments, the Court concludes that no party has shown cause for excluding any of the proffered experts altogether. The parties are admonished that no expert may opine on ultimate issues for the jury, or testify to legal conclusions that are the province of the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   'O'

| Case No. | 5:13-EDCV-485-CAS(SPx)<br>2:13-CV-2079-CAS(AJWx) | Date | November 26, 2014 |
|---|---|---|---|
| Title | DANIEL FARRIS v. INTERNATIONAL PAPER INC., ET AL.<br>JARED ANDRESEN v. INTERNATIONAL PAPER INC., ET AL. | | |

   In accordance with the foregoing, the Court DENIES defendant's motions *in limine* to exclude Miles E. Locker and Daniel M. Cornet.  The Court also DENIES plaintiff Farris's motion *in limine* to exclude or limit the testimony of Robert Crandall, and DENIES plaintiffs Andresen, Bekiarian, and Duffy's motion *in limine* to exclude Lloyd Aubry, Jr.

   IT IS SO ORDERED

                                                                    00     :     00
                                            Initials of Preparer           CMJ